**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DURWIN WESTER**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**CASE NO. 5:10-cv-204/RS-EMT**

**DARBY CONSTRUCTION INC.,**

    **Defendant.**

_____

# **ORDER**

Before me is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 11).

This case is **dismissed with prejudice**. The clerk is directed to close the file.

**ORDERED** on October 12, 2010

                      /S/ Richard Smoak
                      **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**